UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO MORALES, et al.,<br><br>Defendants. | Case No.:  18-CR-3980-WQH<br><br>**FACTUAL FINDINGS PURSUANT TO 18 U.S.C. § 3161(h)(7)** |

The parties jointly move for an order excluding time from November 19, 2018 to April 1, 2019, pursuant to 18 U.S.C. § 3161(h)(7).

"[A]n 'ends of justice' exclusion must be (1) 'specifically limited in time' and (2) 'justified [on the record] with reference to the facts as of the time the delay is ordered.'" United States v. Ramirez-Cortez, 213 F.3d 1149, 1154 (9th Cir. 2000) (citation omitted).  The Court makes the following factual findings, which apply to the exclusion of time:

/ / /

/ / /

/ / /

/ / /

1. The Indictment charges four defendants with a conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 846. This is one of three related cases (18CR3980-WQH, 18CR4279-WQH and 18CR4280-WQH) in which a total of eleven defendants are charged.

2. The discovery produced by the Government to date consists of wiretap pleadings, intercepted telephone calls and text messages, wiretap line sheets, law enforcement reports, audio recordings and video recordings.

3. Defense counsel require additional time to review the discovery, prepare pretrial motions and prepare a defense. Taking into account the exercise of due diligence by the defendants, the Court finds that the exclusion of time from November 19, 2018 to April 1, 2019, outweighs the best interests of the public and the defendants in a speedy trial because requiring the defendants to proceed to trial before April 1, 2019, would likely result in a miscarriage of justice given the nature of this case.

IT IS HEREBY ORDERED that Joint motion to exclude time (ECF No. 81) is granted.

Dated: January 31, 2019

Hon. William Q. Hayes
United States District Court

2